S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELLIS FULTON KINGSEP,<br><br>    Defendant, | No. 4:24-cr-00006-TMB-SAO |

**MOTION FOR EXPEDITED CONSIDERATION**
**(L. Civ. R. 7.3(a))**

The United States of America, by and through undersigned counsel, respectfully files this motion to move the Court for an order on the Government's Motion to Revoke Order of Release. The Government requests expedited consideration in light of the upcoming release of the defendant, on July 11, 2024 at 1400 PDT.

//

//

//

RESPECTFULLY SUBMITTED July 10, 2024 at Anchorage, Alaska.

    S. LANE TUCKER
    United States Attorney

    <u>/s THOMAS C. BRADLEY</u>
    THOMAS C. BRADLEY
    Assistant United States Attorney
    United States of America

*U.S. v Kingsep*
4:24-cr-00006-TMB-SAO